IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN CARR BRACY, II, <br><br> Defendant. | CR 08-09-BLG-SPW <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISION |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 58), pursuant to 18 U.S.C. § 3583(e) and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. John Carr Bracy II's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of this Order.

DATED this 24th day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge